■ CLAUDIA EVART, Appellant, v SHAPIRO, BEILLY & ARONOWITZ, LLP, et al., Respondents. [4 NYS3d 502]—Order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered on or about July 2, 2013, which granted defendants' motion to dismiss the complaint, unanimously affirmed, without costs.

The motion court properly dismissed plaintiff's legal malpractice claims, since this Court previously dismissed the informed consent claims in the underlying action for lack of causation (*Evart v Park Ave. Chiropractic, P.C.*, 86 AD3d 442 [2011], *lv denied* 17 NY3d 922 [2011]). Accordingly, plaintiff cannot establish that she would have succeeded on the merits of her underlying informed consent claims "but for" defendants' negligence (*see AmBase Corp. v Davis Polk & Wardwell*, 8 NY3d 428, 434 [2007]). Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Feinman and Gische, JJ.